452 A.2d 1085

Commonwealth v. Barnes, Appellant.

Submitted March 24, 1982. James Lee Goldsmith, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.

452 A.2d 1086

Commonwealth v. Barnett, Appellant.

Submitted March 24, 1982. William C. Cramer, for appellant; John F. Nelson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.